White v. McCall.

was not assignable, but he gave judgment for the plaintiff, the assignee.

PER CUR.     Such a note is assignable.

Affirm the judgment.

WHITE v. McCALL.

1. In an action on the case for damages, if the judgment be entered by the justice in these words, "I give judgment for £——, *debt*," the word *debt* is mere surplusage, and shall not affect the judgment.

2. Where there is an appeal depending, the court will not, on *certiorari*, affirm or reverse the judgment.

*Certiorari* to Justice ———.

The reason assigned for reversing the judgment in this case was, that the action was *case*, and the judgment ran in these words: "I give judgment for £——, *debt*, and £——, *costs;*" whereas, the judgment should have been for *damages*.

PER CUR.     As to the word *debt* in the render of the judgment, it may be rejected as surplusage.

Two reasons were assigned for quashing the execution. 1st. Because it was issued before the expiration of the time allowed by law where the defendant has freehold security. 2d. That the justice issued it after an appeal prayed and agreed to by the justice.  For these reasons the court set aside the execution; but it appearing the defendant below prayed an appeal, which was granted by the justice, the court said they would not affirm or reverse the judgment until the appeal was legally determined.

CITED *in Meeker* v. *Potter,* 2 *South.* 588.